IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY JACOBS,

                                                                   ORDER

                      Plaintiff,

                                                           08-cv-205-bbc

     v.

FEDERAL BUREAU OF PRISONS,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In accordance with the April 11, 2008 order in this case, defendant has filed its response to plaintiff's motion for a preliminary injunction by filing a motion to dismiss. A schedule for briefing defendant's motion set plaintiff's opposition deadline at May 28, 2008, and defendant's reply deadline at June 2, 2008. In addition, plaintiff's deadline to reply to his motion for a preliminary injunction has been set for May 29, 2008. It will not be necessary to brief the motions separately. Plaintiff need submit one response only which should address the question whether he agrees with defendant that the case is now moot. No further response from defendant will be required. Accordingly, IT IS ORDERED that plaintiff may have until May 29, 2008, in which to serve and file his brief in response

1

to defendant's motion to dismiss and in support of his motion for a preliminary injunction.

Entered this 22nd day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge